IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BLAKE MIRACLE,<br><br>Plaintiff,<br><br>vs.<br><br>SIGNAL PEAK ENERGY, LLC,<br><br>Defendant. | Cause No.: CV 22-52-BLG-SPW<br><br>**ORDER GRANTING DEFENDANT'S MOTIONS IN LIMINE** |

This matter having come before the Court upon Defendant Signal Peak's Motions in Limine (Doc. 43), and the Court having reviewed the file and being otherwise fully advised,

IT IS HEREBY ORDERED as follows:

The Court grants Defendant's Motions in Limine (Doc. 43) to exclude from evidence and testimony matters related to the following:

1. Reference to liability insurance;

2. Reference to any prior injuries, claims and/or legal proceedings involving the parties;

1

3. Conscience-of-the-community arguments; and,

4. Public safety arguments.

DATED this 30th day of January, 2024.

                                          _Susan P. Watters_
                                          SUSAN P. WATTERS
                                          United States District Judge