IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BLAKE MIRACLE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SIGNAL PEAK ENERGY, LLC,<br><br>　　　　　Defendant. | CV 22-52-BLG-SPW<br><br><br>ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

**IT IS ORDERED** that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

**IT IS FURTHER ORDERED** that the final pretrial conference set for Wednesday, February 21, 2024 at 1:30 p.m. and the jury trial set for Monday, March 11, 2024 are **VACATED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this _12th_ day of February, 2024.

　　　　　　　　　　　　　　　　　　　　　Susan P. Watters
　　　　　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　　　　　United States District Judge