IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BLAKE MIRACLE,<br><br>  Plaintiff,<br><br>vs.<br><br>SIGNAL PEAK ENERGY, LLC,<br><br>  Defendant. | CV 22-52-BLG-SPW<br><br>ORDER |

Upon the Stipulation for Dismissal with Prejudice (Doc. 58) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 19th day of March, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1